

ORIGINAL

FILED

11/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION
OF PAULA M. STANNARD

O R D E R

Paula M. Stannard has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Stannard' application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule VII.A.9, Rules of Admission.

Stannard passed the MPRE in 1991 when seeking admission to the practice of law in Illinois. The petition states that Stannard has been practicing law for over 25 years and at no time has Petitioner faced "any disciplinary or ethical issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Paul M. Stannard to waive the three-year test requirement for the MPRE for purposes of Stannard' current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 1st day of November, 2022.

_____
Chief Justice

_____

_____

FILED

NOV 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Justices